FILED
CLERK, U.S. DISTRICT COURT

MAR 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority ✗
Send ✗
Enter ✗
Closed
JS-5/JS-6 ✗
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO VASQUEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>V. M. ALMAGER, WARDEN,<br><br>　　　　Respondent. | NO. CV 06-7469 PSG (FFM)<br><br>JUDGMENT |

　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 3/3/08

　　　　　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　　　　United States District Judge